THE STATE EX REL. STRIKER, APPELLANT, *v.* FRARY, CLERK, ET AL.,
APPELLEES.

[Cite as *State ex rel. Striker v. Frary,* 130 Ohio St.3d 81, 2011-Ohio-4705.]

*Mandamus—Public records—R.C. 149.43—Court clerks have no duty to provide*
*access to records not in their possession—Judgment denying writ*
*affirmed.*

(No. 2011-0570—Submitted September 7, 2011—Decided September 21, 2011.)

APPEAL from the Court of Appeals for Richland County,

No. 10 CA 01, 2011-Ohio-1021.

_____

**Per Curiam.**

**{¶ 1}** We affirm the judgment of the court of appeals denying a writ of mandamus to compel appellees, Richland County Common Pleas Court Clerk Linda Frary and Mansfield Municipal Court Clerk Daniel F. Smith, to provide access to certain records pursuant to R.C. 149.43, Ohio's Public Records Act. As to the records that Striker requested but claims he did not receive, appellees have no duty to provide records that they did not possess. See *State ex rel. Striker v. Smith*, 129 Ohio St.3d 168, 2011-Ohio-2878, 950 N.E.2d 952, ¶ 28. Nor was Striker entitled to records that he requested initially in his mandamus complaint. *State ex rel. Am. Civ. Liberties Union of Ohio, Inc. v. Cuyahoga Cty. Bd. of Commrs.*, 128 Ohio St.3d 256, 2011-Ohio-625, 943 N.E.2d 553, ¶ 33. Appellees complied with their applicable duties.

Judgment affirmed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Lori McGinnis, for appellant.

James J. Mayer Jr., Richland County Prosecuting Attorney, and Daniel J. Benoit, Assistant Prosecuting Attorney, for appellee Frary.

David L. Remy, Mansfield Law Director, for appellee Smith.

_____